FLOYD H. BRADLEY, receiver, &c., appellant,

*v.*

UNITED WIRELESS TELEGRAPH COMPANY, respondent.

[Submitted July 6th, 1914.   Decided October 1st, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *79 N. J. Eq. 458.*

*Messrs. French & Richards,* for the appellant.

*Mr. William S. Darnell,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, HEPPENHEIMER, WILLIAMS—12.

*For reversal*—None.